**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert E. Fruge
Attorney at Law
P. O. Box 375
Grand Couteau LA 70541


**REHEARING ACTION: April 16, 2008**


**Docket Number: 07   01008-CA**

**MELANCON EQUIPMENT, INC.**
**VERSUS**
**NATIONAL RENTAL CO., LTD.**

**Appealed from Lafayette Parish Case No. 2005CV01946**


**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Jimmie C. Peters**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Melancon Equipment, Inc.** has this day been

> **DENIED.**


cc: Christopher Joseph Piasecki, Counsel for the Appellant
    Paul Gonsoulin Moresi  III,, Counsel for the Appellee